JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DICHTER-MAD FAMILY PARTNERS, LLP,<br><br>          Plaintiff,<br><br>v.<br><br>MORTON D. KURZROK, an individual, and DOES 1 to 1000;<br><br>          Defendants. | CASE NO. CV09-3099 RGK (CTx)<br><br>**ORDER REMANDING ACTION TO STATE COURT** |

Based on the stipulation of the parties, it is hereby ordered that this action is remanded to the state court.

Dated: March 12, 2010

_____
United States District Judge